MEMORANDUM
TO THE HONORABLE SANDRA L. TOWNES
United States District Judge

RE: Mitchell Smoke
DOCKET NO.: 08-CR-916(S-5)- 55
SENTENCE DATE: April 15, 2011

## REQUEST FOR ADJOURNMENT

On December 2, 2010, the above-named defendant pled guilty before Magistrate Judge Viktor V. Pohorelsky to conspiring to distribute marijuana. The Probation Department requests a brief adjournment of sentence in the above-referenced matter, as we have been unable to complete the presentence report in time for the scheduled April 15, 2011, sentence date. In order to allow sufficient time for disclosure, and ample time for the parties to review and comment on the presentence report, we respectfully request that the sentence date be adjourned for approximately four weeks. We apologize for any inconvenience this may cause the Court.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:

Vita Quartara
Supervising U.S. Probation Officer
347-534-3697

Date: March 30, 2011

-2-

\_\_\_\_\_ Adjournment Request Granted

\_\_\_\_\_ Adjournment Request Denied

New Sentence Date/Comments:

_____
_____
_____
_____

_____   _____
The Honorable Sandra L. Townes         Date
United States District Judge

cc: Steven L. Tiscione, Assistant U.S. Attorney
    Kimberly Zimmer, Defense Counsel